## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GLENN EVANS, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 16 CV 7665 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS

Plaintiff, GLENN EVANS, by and through one of his attorneys, Victor P. Henderson, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and pursuant to this Court's order dated May 11, 2017 (Docket No. 75), respectfully moves that Plaintiff's federal claims be dismissed with prejudice and that Plaintiff's state claims be dismissed *without* prejudice.

**Dated:** June 1, 2017

Respectfully submitted,

/s/Victor P. Henderson
One of the Attorneys for Plaintiff

Victor P. Henderson
Rebecca R. Kaiser
**HENDERSON PARKS, LLC**
140 South Dearborn Street, Suite 1020
Chicago, IL 60603
Phone: 312-262-2900
Fax: 312-262-2901